**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: <br><br> AIR CRASH AT SAN FRANCISCO, CALIFORNIA, ON JULY 6, 2013 <br><br> LIMAN QIAN, an individual; AMANDA MA, an individual; and SHUZHI HAN, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ASIANA AIRLINES, INC., a corporation; and THE BOEING COMPANY, a corporation, <br><br> Defendants. | MDL No. 2497 <br><br> This Document Relates to: Case No. CV13-03684 YGR <br><br> **ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the representation of the parties, that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, March 11, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

No later than March 4, 2016, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: February 5, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**